IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Prosisat SA de CV,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FAMA Energy Resouces LLC,<br><br>　　　　Defendant. | No. CV 23-54-TUC-JAS (LCK)<br><br>**ORDER** |

　　Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Kimmins. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

　　The Court has reviewed the record and concludes that Magistrate Judge Kimmins' recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

　　Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Kimmins' Report and Recommendation (Doc. 19) is accepted and adopted.

(2) The motion for default judgment (Doc. 18) is granted and judgment is entered in Plaintiff's favor in the amount of $276,092.18 in damages; prejudgment interest (on the

1 damages of $276,092.18) at a rate of $75.64 per day from January 19, 2022, to the date of
2 judgment; $21,533.50 in attorneys' fees; $1017.88 in costs; and post-judgment interest at the
3 published federal rate.
4 (3) The Clerk of the Court shall enter a separate judgment in accordance with this Order.

Dated this 2nd day of May, 2024.

Honorable James A. Soto
United States District Judge